IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GLENN CRUICKSHANK and ROBIN CRUICKSHANK,

    Plaintiffs,

vs.

ELBERT COUNTY, *et al*.
    Defendants.

CASE NO. 3:06-CV-101(CDL)

O R D E R

Presently pending before the Court is Plaintiffs' Motion to Compel Defendant Mary D. Hall, R.N., to supplement her discovery responses (Doc. 204). The motion is granted in part and denied in part.

Plaintiffs seek Defendant Hall's social security number so that they may obtain Defendant Hall's telephone records for the month of November 2004. These records are relevant to this case. Plaintiffs previously tried to obtain the records from Cellco Partnership d/b/a/ Verizon Wireless ("Verizon") by providing Verizon with Defendant Hall's full name, date of birth and address, but Verizon responded that it was unable to provide the records without more information, such as Defendant Hall's telephone number, account number or social security number.

The Court will not order Defendant Hall to disclose her full social security number to Plaintiffs. However, the Court orders Defendant Hall to provide Plaintiffs with a signed authorization that

1

will permit Plaintiffs to obtain a certified copy of Defendant Hall's November 2004 telephone records from Verizon. The authorization must include sufficient information about Defendant Hall's Verizon account to enable Verizon to identify and produce the records. The authorization shall be provided to Plaintiff within seven days of today's order.

The records obtained from Verizon shall remain confidential and shall not be disclosed beyond this litigation.

IT IS SO ORDERED, this _25th day of April, 2008.

                                        S/Clay D. Land
                                            CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE